IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHRISTOPHER W. RICHARD                                                                           PLAINTIFF

v.                                                 Case No. 6:24-cv-06160

COVENANT RECOVERY;
PROGRAM DIRECTOR BRYAN
DONOHO; and JEREMY
MCKENZIE, Founder of Covenant                                                                  DEFENDANTS

**ORDER**

      Before the Court is the Report and Recommendation filed January 27, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Order to file an Amended Complaint.

      Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with a Court Order.

      **IT IS SO ORDERED**, this 6th day of March, 2025.

                                               /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               Chief United States District Judge